IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:24cr277 |
| | ) | 18 U.S.C. § 201(b)(2)(C) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| JAMES LINDLEY | ) | INDICTMENT |

COUNT 1
(*Bribery*)

THE GRAND JURY CHARGES:

1. At times material to this Indictment, the Defendant, JAMES LINDLEY, was employed as a correctional officer with the Federal Correctional Institution, Edgefield ("FCI Edgefield") located in Edgefield, South Carolina.

2. FCI Edgefield is a federal correctional institution of the Federal Bureau of Prisons ("BOP"). The BOP is a federal law enforcement agency under the Department of Justice of the United States. The United States Department of Justice is a federal executive department organized under the executive branch of the United States government.

3. From in or about January 2023 through in or about November 2023, in the District of South Carolina, the Defendant, JAMES LINDLEY, a public official employed by the United States Department of Justice, Bureau of Prisons, as a Correctional Officer at FCI Edgefield, did, directly and indirectly, knowingly and corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act and omit to do an act in violation of his official duty; that is, accept

1

money in exchange for smuggling contraband items into FCI Edgefield; provide contraband to inmates; and permit inmates to possess such contraband;

In violation of Title 18, United States Code, Section 201(b)(2)(C).

## **FORFEITURE**

BRIBERY:

Upon conviction for violation of Title 18, United States Code, Section 201, as charged in this Indictment, the Defendant, JAMES LINDLEY, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense.

PROPERTY:

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

> Forfeiture Judgment/Proceeds:
>
> A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offense charged in this Indictment, that is, a minimum of approximately $30,156.00 in United States currency and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to his violation of 18 U.S.C. § 201.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant –

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the said Defendant up to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A __True__ Bill

REDACTED
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *Winston Marosek*
Winston I. Marosek (Fed. ID 13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Tel:  864-282-2100
Fax:  864-233-3158
Email: Winston.Marosek@usdoj.gov